UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC J. LIVELY,

           Plaintiff,

    v.

COUNTY OF HUMBOLDT, et al.,

           Defendants.

Case No.  25-cv-05134-JD

**ORDER**

Pro se plaintiff Eric J. Lively has paid the filing fee, *see* Dkt. No. 4, and so his application to proceed in forma pauperis is terminated as moot.  Dkt. No. 2.

Lively's motion to file an amended complaint, Dkt. No. 6, is granted.  Fed. R. Civ. P. 15(a).  Lively may file his amended complaint as a separate document on the ECF docket by February 27, 2026.  Lively is advised that the amended complaint must contain a "short and plain" statement of his claim showing that he is entitled to relief.  Fed. R. Civ. P. 8(a).  The current complaint, Dkt. No. 1, does not meet that requirement and is difficult to follow.  The amended complaint must also allege "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).

Lively asks that the Court intervene in a separate and seemingly related case that he appears to have filed in the Superior Court of Humboldt County.  *See* Dkt. No. 9.  The request is denied pursuant to the Anti-Injunction Act, 28 U.S.C. § 2283.

For Lively's request that the Court "bifurcate" this case from his state case, it is up to Lively not to press in this case claims he is pursuing in state court.  To the extent Lively fails to do so, the Court will make appropriate orders to prevent an unnecessary duplication of efforts and the risk of inconsistent rulings.  *See* Civ. L.R. 3-12, 3-13.

United States District Court
Northern District of California

Once the amended complaint has been filed, Lively will have 90 days to serve the complaint on defendants. *See* Fed. R. Civ. P. 4(m). Lively has some leeway as a pro se plaintiff but he is still "bound by the rules of procedure." *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). The Court will also set an initial case management conference date once the amended complaint has been filed.

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California