UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC J. LIVELY,
Plaintiff,
v.
COUNTY OF HUMBOLDT, et al.,
Defendants.

Case No. 25-cv-05134-JD

**ORDER RE DISMISSAL**

Pro se plaintiff Lively was granted leave to file an amended complaint. Dkt. No. 10. He was expressly advised that the complaint must present a "short and plain" statement of his claims establishing an entitlement to relief, as Federal Rule of Civil Procedure 8(a) commands. *Id*. at 1. He was also advised that the complaint must allege facts to demonstrate that the claims are plausible as commanded by Rule 12(b)(6). *Id*. (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

The amended complaint, Dkt. No. 13, falls well short of these requirements. Even when read with the generous eye afforded to pro se litigants like Lively, the amended complaint is almost impossible to understand. The main body consists of a mass of single-spaced, run-on sentences spanning almost 60 pages in length. It is accompanied by just over 300 pages of exhibits ranging from records in a Humboldt County code enforcement action to a petition for habeas corpus. As far as the Court can discern, Lively is concerned about conditions on a property he appears to own, but the possible claims and facts beyond that are entirely opaque.

Consequently, the amended complaint is dismissed under Rule 8 and Rule 12(b)(6), and under Rule 41(b) for failing to conform to the Court's order with respect to amendment. An additional reason for dismissal is that the amended complaint is a shotgun pleading that makes

United States District Court
Northern District of California

assertions untethered to particular defendants or claims. *See Gibson v. City of Portland*, 165 F.4th 1265, 1287-90 (9th Cir. 2026).

Although dismissal of the case is warranted on this record, Lively may file a second amended complaint by September 11, 2026. The amended complaint must comply with the requirements of this order and the Federal Rules of Civil Procedure in all respects. Lively is advised that this will be the final opportunity to plausibly allege a claim in this case. A failure to conform to this order will result in dismissal of the case under Rule 41(b).

The case is stayed in all other respects pending further. All pending motions and requests are terminated.

**IT IS SO ORDERED.**

Dated: August 18, 2026

JAMES DONATO
United States District Judge